# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00088-CR

### Matthew James Farrell, Appellant

### v.

### The State of Texas, Appellee

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. CR2015-006, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

PER CURIAM

Matthew James Farrell seeks to appeal the district court's order concluding that it lacked jurisdiction to grant Farrell's requested judicial-clemency relief in his "Motion to Set Aside Conviction and Dismiss Charges." *See* Tex. Code Crim. Proc. art. 42A.701(f). However, the clerk's record does not contain the necessary standardized form that judges "must use" when discharging a defendant under article 42A.701. *See id.* art. 42A.701(f-1) ("A judge discharging a defendant under this article must use the form adopted under this subsection.").[1]

---

[1] The Office of Court Administration of the Texas Judicial System (OCA) adopted a standardized form for use after December 1, 2017, by courts discharging a defendant under article 42A.701. *See* Tex. Code Crim. Proc. art. 42A.701(f-1); *see also* Off. Ct. Admin. Tex. Jud. Syst., "Order of Early Discharge From Community Supervision (Probation) under Article 42A.701, CCP," *available at* http://www.txcourts.gov/rules-forms/forms/. The form is posted in Word format on OCA's website. *See* "Order of Early Discharge from Community Supervision

Accordingly, we abate this appeal and remand the cause to the district court for completion of the standardized form required by the Texas Code of Criminal Procedure. *See id*. A supplemental clerk's record containing the completed form shall be filed with this Court no later than May 6, 2019. *See* Tex. R. App. P. 34.5(c)(3).

It is ordered April 5, 2019.

Before Justices Goodwin, Baker, and Triana

Abated and Remanded

Filed: April 5, 2019

Do Not Publish

---

(Probation)," *available at* https://www.txcourts.gov/media/1439810/discharge-order-early-termination.docx.